# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Matt Jenkins, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:10-cv-00027-RLV-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| RJM Acquisitions, LLC, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 14, 2013 Order.

February 14, 2013

*Frank D. Johns*

Frank G. Johns, Clerk